PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 5 2007

at ____ o'clock and ____
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: JAMES C. RICHARDSON         Case Number: CR 05-00075DAE-01

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence: 12/8/2005

Original Offense:    Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4), a Class C felony

Original Sentence:   Four (4) months imprisonment to be followed by three (3) years supervised release.  The following special conditions were ordered: 1) That the defendant serve eighteen (18) months of home detention.  During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office; 2) Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  The defendant shall also submit to periodic unannounced examinations of his computer and computer accessories as well as provide access to his internet service provider account records, as directed by the Probation Office.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.  Defendant's work computer is also subject to search.  Defendant's computer use is restricted to residence and work computers; 3) Defendant may change his residence only with the advance approval of the Probation Office; 4) Defendant shall participate in sex offender assessment and treatment and abide by the policies and procedures of the program, which may include the plethysmograph, polygraph, and other types of testing, as approved by the Probation Office; 5) Defendant shall not have any type of contact (including written materials, communication devices, audio

Prob 12B
(7/93)

and visual devices, visits, or through a third party), with children under the age of 18 or the victim(s), except in the presence of an adult who is aware of the nature of the defendant's offense and who has been approved by the Probation Office; 6) Defendant shall not view, purchase, possess, or distribute any form of child or pornography depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(8), unless approved for treatment purposes, or frequent any place where such material is available; and 7) Defendant shall not view, purchase, possess, or distribute any form of pornography depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(2), unless approved for treatment purposes, or frequent any place where such material is the primary product for sale or entertainment is available.  The Court also ordered that the fine of $2,500 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.  Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  6/2/2006

## PETITIONING THE COURT

[✓]     To modify the conditions of supervision as follows:

8.     *That the defendant is prohibited from possessing or accessing any computer or computer network that can, or has had, access to the Internet, unless it is work-related and accessed at his work-site.  The defendant shall not frequent places where the Internet is available for public use without the prior approval of the Probation Office.*

9.     *That the defendant is prohibited from possessing and accessing any software or any other electronic device, that facilitates access to electronic (e-mail), web browsers, and Internet services without the prior approval of the Probation Office.*

10.     *That the defendant participate in mental health treatment and take all medication prescribed by his therapist.  The defendant shall provide the Probation Office with access to his mental health records.*

Prob 12B
(7/93)

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. Special Condition No. 7 | The subject admitted that he viewed adult pornography as defined in 18 U.S.C. § 2256(2). |

On 6/2/2006, supervised release commenced. On that day, the subject also was placed on home confinement for 18 months. Home confinement is scheduled to terminate on 12/2/2007. The subject resumed his full-time employment with the Honolulu Advertiser. Additionally, he resumed his participation in sex offender treatment.

As part of his sex offender treatment regime, the subject is required to submit to polygraph testing every 6 months. As a result of polygraphs taken on 2/10/2007 and 3/31/2007, the subject was questioned about viewing pornography. The subject admitted that between June 2006 and November 2006, he viewed pornography. The subject further admitted that he viewed nude photos of both adult and children. The subject denied downloading pornography and was deemed truthful when questioned on the polygraph examination.

The violations were therapeutically addressed with the subject's sex offender therapist and this Probation Officer. The therapist recommended that the subject be allowed to remain in the community and continue in treatment. The subject indicated the realization of how viewing adult pornography played a precursor role in his instant offense. The subject was warned that any further noncompliance may be brought before the Court.

On 6/14/2007, the subject stated that during the week of 6/4/2007, while on vacation from work, he viewed adult pornography on his home computer. He stated that he accessed the adult pornography via the Internet at different times during the week. The following week he realized the impact of his behavior on his supervision status, and terminated his subscription with his Internet provider.

On 6/15/2007, the subject stated that he stopped taking his depression medication in mid May 2007. The subject added that he did so without notifying his psychiatrist and began to experience symptoms of depression. The depression coupled with the subject's home confinement and vacation from work, were present factors when he began viewing adult pornography. In this regard, the subject's sex offender therapist believes that the subject's elimination of his psychotropic medication impacted his noncompliant behavior during the week of 6/4/2007.

Given the subject's admitted correlation between viewing adult pornography and his instant offense; the fact that he was previously allowed to continue with access to the Internet and subsequently viewed pornography; we recommend the above modification relating to the subject's prohibited access to the Internet. In addition, we further

Prob 12B
(7/93)

recommend the modification that the subject participate in mental health treatment and take all medication as prescribed. As such, we recommend that the Court take no action on the violations at this time.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

ROBIN L. DeMELLO
Senior U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 6/20/2007

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[  ] Other

DAVID ALAN EZRA
U.S. District Judge

_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

#### Waiver of Hearing to Modify Conditions
#### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*8. That the defendant is prohibited from possessing or accessing any computer or computer network that can, or has had, access to the Internet, unless it is work-related and accessed at his work-site. The defendant shall not frequent places where the Internet is available for public use without the prior approval of the Probation Office.*

*9. That the defendant is prohibited from possessing and accessing any software or any other electronic device, that facilitates access to electronic (e-mail), web browsers, and Internet services without the prior approval of the Probation Office.*

*10. That the defendant participate in mental health treatment and take all medication prescribed by his therapist. The defendant shall provide the Probation Office with access to his mental health records.*

Witness: _____
ROBIN L. DeMELLO
Senior U.S. Probation Officer

Signed: _____
JAMES C. RICHARDSON
Supervised Releasee

6-15-2007
Date